# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW RODRIGUEZ, | ) | No. ED CV 10-613-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 5, 2012

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE